726 A.2d 259

IN THE MATTER OF ARTURO B. GONZALEZ–ALFONSO, AN ATTORNEY AT LAW.

April 7, 1999.

## ORDER

The Disciplinary Review Board on December 30, 1998, having filed with the Court its decision concluding that **ARTURO B. GONZALEZ–ALFONSO** of **LEONIA,** who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 1.4(a) (failure to communicate with clients) and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and good cause appearing;

It is ORDERED that **ARTURO B. GONZALEZ–ALFONSO** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.